# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominique de Benckendorff,<br><br>　　　　Plaintiff,<br><br>v.<br><br>International Cruise & Excursion Gallery Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-22-01524-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 38).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 29th day of August, 2023.

Dominic W. Lanza
United States District Judge